Sweet, R.

**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

ASHLEY BESS,

                     Plaintiff,

     -against-

DONALD J. PLINER OF FLORIDA, LLC

                     Defendant.

------------------------------------------------------------ X

: 17 CV 04352 (RWS)

: **STIPULATION AND ORDER OF**
: **DISMISSAL WITH PREJUDICE**

RECEIVED / JUDGE SWEET CHAMBERS

      IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the Order of Judge Robert W. Sweet entered on September 12, 2017 (ECF 8), by and between the undersigned, as follows:

     1.    All claims presented in Case No. 17 Civ. 04352 of the Civil Docket and the Complaint therein shall be and hereby are dismissed with prejudice as to all parties; and

     2.    Each party shall bear her or its own costs and attorneys' fees.

*Attorneys for Plaintiff*

Granovsky & Sundaresh PLLC

By: _____

Alex Granovsky
48 Wall Street – 11th Floor
New York, New York 10005
(646) 524-6001

Dated: 9/26/2017

*Attorneys for Defendant*

EPSTEIN BECKER & GREEN, P.C.

By: _____

Traycee Ellen Klein
250 Park Avenue
New York, New York 10177
(212) 351-4812

Dated: 10/19/2017

SO ORDERED:

_____
The Honorable Robert W. Sweet
10·20·17 tnc



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-23-17